**New York State**
**Unified Court System**

Office of Court Administration • Counsel's Office

Hon. Joseph A. Zayas
Chief Administrative Judge

Hon. Norman St. George
First Deputy Chief Administrative Judge

David Nocenti
Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2025

January 2, 2025

**BY ECF**
Hon. Mary K. Vyskocil
United States District Court
Southern District of New York
500 Pearl St., Rm. 2230
New York, NY 10007

      Re:    Nat. Fed. Of the Blind of NYS, Inc. v. NYS Unified Court System
                  S.D.N.Y., 24 cv 7789 (MKV)

Dear Judge Vyskocil:

This Office represents defendants New York State Unified Court System ("UCS"); the Hon. Milton Adair Tingling, and Christopher DiSanto in this action. On December 20, 2024, plaintiffs filed their amended complaint and, pursuant to the Court's November 26, 2024, defendants' time to answer or move is due tomorrow January 3, 2025. **Defendants write to respectfully request an extension of time to submit their proposed motion to dismiss on or before Monday, February 3, 2025**. Plaintiffs consent and request until March 5, 2025 to oppose the motion.

Defendants acknowledge that this request is late pursuant to the Court's Individual Rules of Practice in Civil Cases, Paragraph 2.G, however, the undersigned has been out of the office since December 20, 2024. Accordingly, counsel has other matters to turn to before preparing the proposed motion, while this additional time is also needed to review and assess the amended complaint.

Thank you for your attention to this matter.

                                             Respectfully submitted,

                                             /S/
                                          Michael J. Siudzinski
                                          Assistant Deputy Counsel

cc:    Bizer & Dereus, counsel for plaintiff, via ECF

As Defendants acknowledge, this request is untimely. Nevertheless, Defendants' request for an extension to respond to the amended complaint is HEREBY GRANTED. Defendants shall respond to the amended complaint on or before February 3, 2025. Pursuant to this Court's Individual Practice Rules, parties wishing to file a motion to dismiss, must request a pre-motion conference with the Court prior to filing any motion. Parties are admonished to review this Court's Individual Rules of Practice. The parties are reminded that failure to comply with this Court's Individual Practice Rules may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.
SO ORDERED.

Date: 1/2/2025
New York, New York

_Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge