**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 NATIONAL FEDERATION OF THE BLIND OF
NEW YORK STATE, INC., and EMELINE
LAKROUT,

                            Plaintiff,

        -against-                                                    24 **CIVIL** 7789 (MKV)

                                                                    **JUDGMENT**

NEW YORK STATE UNIFIED COURT
SYSTEM, MILTON ADAIR TINGLING, in his
official capacity, and CHRISTOPHER DISANTO,
in his official capacity,

                            Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 26, 2026, Plaintiff's Amended Complaint is dismissed

without prejudice for lack of standing; accordingly, the case is closed.

**Dated:** New York, New York

        March 30, 2026

                                                    **TAMMI M. HELLWIG**
                                            _____
                                                    **Clerk of Court**

                            **BY:**
                                    _____
                                                    **Deputy Clerk**